# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America

v.

MIGUEL ALONSO MALDONADO SORIANO

*Defendant(s)*

Case No. 1:26-MJ-425

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 22, 2026 in the city/county of Prince William in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1361 | Willfully Injured or Committed a Depredation against Property of the United States. |
| 18 U.S.C. § 1369 | Destruction of Veterans' Memorial |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Edward Warner/Edward Ramirez .

*Printed name and title*

*Complainant's signature*

Shane Brisky; Special Agent; NCIS

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means).*

Date: 10/23/2026

*Judge's signature*

City and state: Alexandria, Virginia

Hon. William E. Fitzpatrick, U.S. Magistrate Judge

*Printed name and title*