IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL ALONSO MALDONADO SORIANO,<br><br>Defendant. | Case No. 1:26-MJ-425 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Shane Brisky, being duly sworn, depose, and state:

1. I am a Special Agent with the Naval Criminal Investigative Service (NCIS) and have been employed by NCIS since 2023. I am currently assigned to the NCIS Resident Agency Quantico, Virginia. As part of my current duties as an NCIS agent, I investigate criminal violations relating to crimes against people and property such as assaults, domestic violence, and child abuse, among others. I have training and experience in the enforcement of the laws of the United States, including the preparation, presentation, and service of subpoenas, affidavits, criminal complaints, search warrants, and arrest warrants. I have also served as a Special Agent with the Department of Labor, as well as the Army Criminal Investigation Division.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and, as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint charging MIGUEL ALONSO MALDONADO SORIANO, herein referred to as MALDONADO SORIANO, with

willfully injuring or committing a depredation against property of the United States, in violation of 18 U.S.C. § 1361, and willfully injuring or destroying a monument on public property commemorating the service of persons in the armed forces, which was under the jurisdiction of the Federal government (Destruction of Veterans' Memorials) in violation of 18 U.S.C. § 1369.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers, witnesses, and/or agencies. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to law enforcement concerning this investigation. Rather, I have set forth only the facts necessary to establish probable cause for the requested complaint.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about October 21, 2026, NCIS was notified of the destruction of property at the Iwo Jima Memorial at Marine Corps Base Quantico located in Quantico, Virginia, within the Eastern District of Virginia. The Iwo Jima Memorial is property of the United States or of any department or agency thereof, namely the United States Marine Corps. The Iwo Jima Memorial is located at the intersection of Joplin Road and U.S. Highway 1, on the southeast corner, near the entrance to Marine Corps Base Quantico. At approximately 2215 hours on or about October 21, 2026, Prince William County Police Department arrived at the above-mentioned intersection wherein MALDONADO SORIANO was actively destroying the Iwo Jima Memorial. MALDONADO SORIANO immediately climbed down from the statue and presented himself to Prince William County Police for arrest without resistance. MALDONADO SORIANO was transported to Garfield Police Station in Woodbridge, Virginia, where Prince William County

Criminal Investigation Division Detective, Dan Guinn, conducted the interview of MALDONADO SORIANO while I watched from the observation room.

6. MALDONADO SORIANO was questioned by Detective Guinn, where he admitted to the destruction of the Iwo Jima Memorial. MALDONADO stated he had obtained the sledgehammer from his vehicle where it was stored due to his employment as a construction worker.

7. Additionally, there was an eyewitness, hereafter referred to as WITNESS, who initially called Prince William County Police Department. WITNESS took a video and provided said video to Prince William County Police. The video depicts MALDONADO actively destroying the Iwo Jima Memorial Statue.

8. The damage to the Iwo Jima Memorial included the complete removal of one of the heads of the individual Marine statues, removal of multiple rifle barrels on the monument, and the defacing and disfiguring of other parts of the monument (Photos 1-4).

[remainder of page intentionally left blank]

Photo 1



[remainder of page intentionally left blank]

Photo 2



Photo 3



[remainder of page intentionally left blank]

Photo 4



[remainder of page intentionally left blank]

## CONCLUSION

9. Based on the foregoing, I submit that there is probable cause to believe that on or about October 21, 2026, in Quantico, Virginia, within the Eastern District of Virginia, MALDONADO SORIANO, willfully injured or committed a depredation against property of the United States, in violation of 18 U.S.C. § 1361, and willfully injured or destroyed a monument on public property commemorating the service of persons in the armed forces, which was under the jurisdiction of the Federal government (Destruction of Veterans' memorials), in violation of 18 U.S.C. § 1369.

Respectfully submitted,

Shane Brisky
Special Agent
Naval Criminal Investigative Service

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on October 23, 2026.

The Honorable William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia