**Criminal Case Cover Sheet** | FILED: REDACTED | **U.S. District Court**

**Place of Offense:** ☐ **Under Seal** | **Judge Assigned:**

City: Quantico MCB | Superseding Indictment: | **Criminal No.**

County: Quantico MCB | Same Defendant: | New Defendant: X

Magistrate Judge Case No. 1:26-MJ-425 | **Arraignment Date:**

Search Warrant Case No. | R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** MIGUEL ALONSO MALDONADO SORIANO | Alias(es): | ☐ Juvenile | FBI No. 9830XXXXX

**Address:**

Employment:

**Birth Date:** 1999XXXX | **SSN:** XXX XX XXXX | **Sex:** Male | Race: | Nationality: Mexican

**Place of Birth:** Mexico | Height: | Weight: | Hair: | Eyes: | Scars/Tattoos:

☒ **Interpreter** | **Language/Dialect:** Spanish | Auto Description:

**Location/Status:**

**Arrest Date:** 10/22/26 | ☐ Already in Federal Custody as of: | in:

☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody

☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond

**Defense Counsel Information:**

**Name:** | ☐ Court Appointed | Counsel Conflicts:

Address: | ☐ Retained

Phone: | ☐ Public Defender | ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**SAUSA(s):** Charlie Ramirez | **Phone:** 703-299-3700 | Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Shane Brisky, Special Agent. NCIS

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1361 | Willfully Injured or Committed a Depredation against Property of the United States | 1 | Felony |
| Set 2: | 18 U.S.C. § 1369 | Destruction of Veteran's Memorial | 1 | Felony |

**Date:** 10/23/2026 | **SAUSA Signature:** /s/

*may be continued on reverse*